Morris Spergel v. Morris H. Westin.— Application denied, with ten dollars costs.  Order signed.

Morris Spergel v. Morris H. Westin.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Prime Hat Company v. Holzman Cohen and Company.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Joe Schwartz v. New York Railways Company.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Hill Steamboat Line v. New York Central Railroad Company. — Application granted.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Jacob Rosenberg v. Leo Abraham.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Anchor Realty Company v. Bankers Trust Company.— Application granted.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Isidor Miller v. Charles L. Carpenter.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Celene Herzberg v. Nathan Seidenberg.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Selig Share v. Martin Lange.— Application denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Bernard Sloan v. Massachusetts Bonding Company.— Application granted.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

United Sponging Company v. Preferred Accident Company.— Application granted.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

George D. Mackay v. Tide Water Oil Company.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Adolph Freund v. Charles A. Stoneham.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Brooklyn Boro Gas Company v. Public Service Commission.— Motion granted, question certified.  Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of Henry Bruere (In the Matter of Coca-Cola Company).— Motion granted, question certified.  Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Max Schwartz v. Santiago P. Cahill.— Motion for reargument